
07/31/2013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | | |
|---|---|---|
| In re: § | | Case No. 13-41815 |
| § | | |
| MED-DEPOT, INC. d/b/a HOSPICE § | | (Chapter 11) |
| SOURCE, § | | |
| § | | |
| § | | |
| Debtor § | | |
| | | |
| § | | Case No. 13-41816 |
| In re: § | | |
| § | | (Chapter 11) |
| MED-DEPOT HOLDINGS, INC., § | | |
| § | | |
| Debtor § | | JOINT ADMINISTRATION |
| § | | REQUESTED |

**ORDER GRANTING EMERGENCY MOTION FOR ENTRY OF AN ORDER
PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE DIRECTING JOINT ADMINISTRATION OF CASES
<u>FOR PROCEDURAL PURPOSES ONLY</u>**

Came on for consideration the Debtor's Emergency Motion for Entry of an Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Cases for Procedural Purposes Only (the "<u>Motion</u>") filed by Med-Depot, Inc. d/b/a Hospice Source ("<u>Med-Depot</u>") and Med-Depot Holdings, Inc. ("<u>Holdings</u>" and together with Med-Depot, the "<u>Debtors</u>"). The Court finds that notice of the Motion was proper under the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, and that the Motion should be granted. Accordingly, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that Cases Nos. 13-41815 and 13-41816 be jointly administered in accordance with Bankruptcy Rule 1015(b) under the case styled *In re Med-Depot, Inc., et al.* Case No. 13-41815 ; it is further

ORDERED that the case style and number of *In re Med-Depot, Inc., et al.*, Case No. 13-41815, shall be used on all subsequent pleadings filed in these Cases; it is further

ORDERED that the procedural consolidation shall be for administrative purposes only and shall not be a substantive consolidation of the respective cases; it is further

ORDERED the Bankruptcy Clerk shall maintain one file for the Cases, except that all schedules and statements required by Bankruptcy Rule 1007 shall be filed in the dockets of each separate case; it is further

ORDERED that notwithstanding anything to the contrary in this order, each of the Debtors will prepare and file separate Monthly Operating Reports; it is further

ORDERED that notwithstanding the joint administration of the cases, the Debtors shall maintain separate claims registers.  Therefore, to the extent that a creditor wishes to file a proof of claim it shall file the proof of claim in the case involving the specific Debtor that allegedly owes it money; it is further

ORDERED that a docket entry shall be made in Case Nos. 13-41815 and 13-41816 substantially as follows:

An Order has been entered in this case directing the procedural consolidation and joint administration under Bankruptcy Rule 1015(b) of the bankruptcy cases of the Debtors to include Nos. 13-41815 and 13-41816.  The docket of *In re Med-Depot, Inc., et al.*, Case No. 13-41815 shall be consulted on all matters affecting the Debtors and their jointly administered cases.

Signed on 07/31/2013

*Brenda T. Rhoades*    SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE