B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Texas

In re   **Med-Depot Holdings, Inc.**  ,
    Debtor

Case No. 13-41816

Chapter 11

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 4,957.66 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 12,108,281.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 7,515,300.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 9 | | | |
| Total Assets | | | 4,957.66 | | |
| Total Liabilities | | | | 19,623,581.00 | |

B6B (Official Form 6B) (12/07)

In re  **Med-Depot Holdings, Inc.**                                  Case No.  __13-41816__
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Texas Capital Bank Account # 1111027460** | - | 4,957.66 |
| | | **Texas Capita Bank Account No. 111066500** | - | 0.00 |
| | | **Texas Capital Bank Account No. 1111066492** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                   Sub-Total >          **4,957.66**
                                                                (Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Med-Depot Holdings, Inc.**                                                Case No. __13-41816__
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Common Stock of Med-Depot Inc., d/b/a Hospice Source** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against Kenny Baker for breach of fiduciary duty and usurpation of corporate opportunities** | - | Unknown |

                                                                    Sub-Total >        0.00
                                                                   (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Med-Depot Holdings, Inc.**, Debtor

Case No. **13-41816**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Personal Property

Sub-Total > **0.00**
(Total of this page)

Total > **4,957.66**

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Med-Depot Holdings, Inc.**                                    Case No. __13-41816__
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Westbury Investment Partners SBIC, LP <br> c/o Pat Collins <br> 1320 RXR Plaza <br> Uniondale, NY 11556 | | - | 05/26/2011 <br><br> Stock Pledge <br><br> Stock In Med-Depot, Inc. d/b/a Hospice Source <br><br> Value $  Unknown | | | | 12,108,281.00 | Unknown |
| Account No. <br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 12,108,281.00 | 0.00 |
| | | | Total <br> (Report on Summary of Schedules) | | | | 12,108,281.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re  **Med-Depot Holdings, Inc.**  ,  Case No. __13-41816__
                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Various (See Attachment A)** | | - | | | | | 7,515,300.00 |
| Account No.<br><br> | | | | | | | |
| Account No.<br><br> | | | | | | | |
| Account No.<br><br> | | | | | | | |

__0__  continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | 7,515,300.00 |
| Total (Report on Summary of Schedules) | 7,515,300.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                                                                                      S/N:23204-130418    Best Case Bankruptcy

Attachment A

| Name | Address | Amount |
|---|---|---|
| Silver Door Partners LLC | 55 Watermill Lane Suite 300<br>Great Neck, NY 11021<br>Attn: Joe Ades | 129,652.10 |
| Augsburger Family Partnership, Ltd. | 148 W. Shore Lane<br>Montgomery, TX 77356<br>Attn: Larry Augsburger | 131,269.39 |
| LFI Investments, Ltd | 2200 Ross Avenue, Suite 3838<br>Dallas, TX 75201<br>Attn: Mike Bailey | 53,756.46 |
| Jeff D. Baker | 2200 Ross Ave, Ste 4050<br>Dallas, TX 75201 | 21,695.87 |
| Kenny Baker | 850 Brandie Street<br>Tuttle, OK 73089 | 837,333.33 |
| K. Barrett Management, Inc. | 820 Kish Way<br>Del Mar, CA 92014 | 12,521.88 |
| MM Investments | 1413 Leeward Lane<br>Wylie, TX 75098 | 21,782.82 |
| Melanie Barton | 1413 Leeward Lane<br>Wylie, TX 75098 | - |
| David Becker | 200 Whistling Duck Lane<br>Double Oak, TX 75077 | 30,000.00 |
| Randy Best | 2200 Ross Ave., Ste 3800<br>Dallas, TX 75201 | 853,062.82 |
| Robert A. Bourquin | 1307 Ordway Place<br>Nashville, TN 37206<br>Attn: Robert Bourquin | 50,005.16 |
| Bruce A. Burns | 6121 Indian School Road NE, #101<br>Albequerque, NM 87110 | 85,306.29 |
| Michael Christodolou | PO Box 18319<br>Fountain Hills, AZ 85269-8319 | 100,131.26 |
| Charles Clute | 3105 Forest Shores Lane<br>Highland Village, TX 75077<br>Attn: Charles Clute | 30,676.69 |
| Mike Crothers | 2200 Ross Avenue Suite 4050<br>Dallas, TX 75201<br>Attn: Mike Crothers | 3,254,515.47 |
| Joan Diamond | 7127 Rain Forest Drive<br>Boca Raton, FL 33434<br>Attn: Joan Diamond | 17,502.59 |
| Richard Diamond | 5409 Castlewood Rd<br>Dallas, TX 75229<br>Attn: Richard Diamond | 68,245.02 |
| Sterling Trust FBO: Richard Diamond AC 0 | PO Box 2526<br>Waco, TX 76702-2526 | 1,765.31 |
| Tom B. Evans | 2200 Ross Avenue, Suite 3800<br>Dallas, TX 75201 | 25,000.00 |
| Harry M. Farnham III | 7006 McKamy Blvd<br>Dallas, TX 75248<br>Attn: Harry Farnham | 200,025.85 |
| Etradex Corp Defined Benefit Plan | 161 W. 54th Street Suite 202<br>New York, NY 10019<br>Attn: Eric Feuillatte | 17,502.59 |
| Barry D. Freeman | 846 Valley Ave<br>Glen Ellyn, IL 60137<br>Attn: Barry Freeman | 43,756.46 |
| Norman Foster | 1605 N Midwest Blvd<br>Edmond, OK 73034 | 180,000.00 |
| James Griffin | 2216 NW 57th Street<br>Oklahoma City, OK 73112 | 225,393.79 |

*Attachment A*

| Name | Address | Amount |
|---|---|---|
| Michael Guthammar | 37 Park Place, Brooklyn, NY 11217, Attn: Michael Guthammar | 17,061.26 |
| Sterling Trust FBO: Windeye Partners Qual | PO Box 2526, Waco, TX 76702-2526 | 441.33 |
| Carlos R. Hamilton III | 844 Kuhlman Rd, Houston, TX 77024 | 51,183.77 |
| Heidi M. Hargrove | 2200 Ross Avenue Suite 4050, Dallas, TX 75201, Attn: Heidi Hargrove | 4,375.64 |
| Jeffrey A. Henningsen | 7606 River Point Drive, Houston, TX 77063, Attn: Jeff Henningsen | 35,908.61 |
| Jill E. Botway | 23 Kinnnicutt Rd, Pound Ridge, NY 10576 | 12,521.88 |
| Jason King | 3016 Karen Lane, Edinburg, TX 78539, Attn: Jason King | 24,541.35 |
| Mark C. Levy | 520 Evergreen Drive, Hurst, TX 76054, Attn: Mark Levy | 43,756.46 |
| Melissa D. Link | 1305 VERDANT WAY, AUSTIN, TX 78746 | 11,166.67 |
| Brent McCarty | 4242 Valley Ridge, Dallas, TX 75225 | 62,609.39 |
| MBR Holdings, LLC | 509 S. Exeter St. Suite 210, Baltimore, MD 21202, Attn: Charles McCusker | 26,253.89 |
| Nancy Diller-Shively | 4706 N Ridge Drive, Akron, OH 44333, Attn: Nancy Diller-Shively | 25,676.69 |
| Holly O'Hara | 4373 E. Links Parkway, Centennial, CO 80122 | 68,125.80 |
| Gavin H. Smith | 802 Kuhlman Road, Houston, TX 77024, Attn: Gavin Smith | 61,353.38 |
| Marsha Schattner | 2200 Ross Avenue Ste 3838, Dallas, TX 75201 | 31,304.69 |
| SAL of Texas, LP | 6833 HEATHERKNOLL, DALLAS, TX 75248, Attn: Ryan Shultz | 96,502.65 |
| Shultz Investment Properties, LP | 6833 HEATHERKNOLL, DALLAS, TX 75248 | 69,888.02 |
| Sterling Trust FBO: Richard Ryan Shultz A( | P.O. Box 2526, Waco, TX 76702-2526 | 62,899.21 |
| Ryan Shultz | 6833 HEATHERKNOLL, DALLAS, TX 75248, Attn: Ryan Shultz | - |
| Barry Waranch | 304 S. Cottonwood, Suite B, Richardson, TX 75080 | 43,826.57 |
| The Watts Family Trust | 1510 Treehouse Lane South, Keller, TX 76262 | 37,304.69 |
| C3 Family Enterprises | 3 E. Oakwood Hills Drive, Chandler, AZ 85248 | 34,062.89 |
| Joel Wishnick | 16525 Preston Trail Drive, Dallas, TX 75248, Attn: Joel Wishnick | 128,608.14 |
| Paul A. Yeoham | 2200 Ross Avenue Ste 3838, Dallas, TX 75201, Attn: Paul Yeoham | 175,025.85 |
| | | **$ 7,515,300.00** |

B6H (Official Form 6H) (12/07)

In re  **Med-Depot Holdings, Inc.**                              Case No. **13-41816**
                                   Debtor

## SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Med-Depot, Inc. d/b/a Hospice Source**<br>1200 Commerce Street, Ste. 100<br>Plano, TX 75093 | **Texas Capital Bank**<br>c/o Mark X. Mulllin<br>2323 Victory, Ste. 700<br>Dallas, TX 75219 |
| **Med-Depot, Inc. d/b/a Hospice Source**<br>1200 Commerce St. Ste. 100<br>Plano, TX 75093 | **Westbury Investment Partners SBIC, LP**<br>c/o Patrick Collins<br>1320 RXR Plaza<br>Uniondale, NY 11556 |

 0
_____ continuation sheets attached to Schedule of Codebtors