IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-41815 |
| | § | |
| MED-DEPOT, INC., *et al.* | § | (Chapter 11) |
| | § | |
| Debtors | § | Jointly Administered |
| | § | |

**FINAL DECREE**

CAME ON FOR CONSIDERATION the Motion for Entry of Final Decree (the "Motion"), filed by Jeff West as plan administrator for Med-Depot, Inc. and Med-Depot Holdings, Inc. (collectively, the "Debtors"), in the above styled and numbered jointly administered bankruptcy case (the "Bankruptcy Case"). Finding that service and notice of the Motion was sufficient and appropriate, and based on the representations in the Motion and the Court's familiarity with, and review of, the docket, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that this Order shall be the FINAL DECREE in this Bankruptcy Case and any member case effective as of the entry of this Order; it is further

ORDERED that the Clerk of the Court shall CLOSE this Bankruptcy Case and, to the extent applicable, any member case; it is further

ORDERED that, for the avoidance of doubt, this Order is a procedural order only and in no way affects any right or obligations of any party, and in no way prejudices, limits, or discharges the Debtors or any party of any obligation imposed by any order or plan in this Bankruptcy Case, including, without limitation, to make all payments required to be made to the United States Trustee and under the plan confirmed in this Bankruptcy Case.

SO ORDERED.                              Signed on 10/14/2014

*Brenda T. Rhoades*  SR

**FINAL DECREE**                HONORABLE BRENDA T. RHOADES,                PAGE 1
CHIEF UNITED STATES BANKRUPTCY JUDGE